Law Offices of
MATTHEW C. DAVIDSON, LTD.
1859 N. Grand Ave. Suite 1
Nogales, AZ, 85621
(520) 281-0433
Matthew C. Davidson, SBN 015021
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | NO. CR-12-0174-TUC-CKJ(GEE) |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS/STRIKE PARAGRAPH |
| vs. | ) | 3 OF INDICTMENT |
| | ) | |
| DINO SISNEROS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

  Defendant, Dino Sisneros, by and through counsel undersigned, moves this court pursuant to Rule 12(b)) of the Federal Rules of Criminal Procedure to dismiss paragraph #3 of the indictment dated January 19, 2012. The paragraph violates 18 U.S.C. 3282(a), the general felony statute of limitations provision. Statute of Limitations is a defense that may be raised before trial.

  ***FACTS:***

  The government indictment contains seven substantive paragraphs which they allege establish three separate and distinct violations of 18 U.S.C. 1343. Paragraph three states that between January and March 2006, two individuals identified only by their initials loaned Dino Sisneros approximately $76,000.  Each of the dates recited January

-1-

1  2006 and March 2006 precede January 19, 2012 by more than five years.
2      ***LAW:***
3      18 U.S.C. 3282(a) states that: "except as otherwise expressly
4  provided by law, no person shall be prosecuted, tried, or punished,
5  for any offense, not capital, unless the indictment is found or the
6  information is instituted within five years."  Rule 12 (b) requires
7  that certain motions may be made before trial; a defect in instituting
8  the prosecution is such a motion. Failure to commence the proceeding
9  within the applicable statute of limitations is a defect in
10 instituting the prosecution.
11     The offense as alleged occurred almost six years before
12 commencement of this action. Rule 12(b) permits filing motions to
13 dismiss prior to trial based on all other defenses that are capable of
14 determination without a trial on the general issue.  Rule 12(b) lists
15 statute of limitations within that category of motions to dismiss that
16 may be brought before trial.
17     Governmental violation of a statute of limitations is in the
18 nature of an affirmative defense that may be raised prior to trial.
19 *United States v. Bracy*, 67 F.3d 1421 (9th Cir. 1995).  The defense
20 respectfully asks the court to strike the allegation before trial as
21 the unorthodox nature of the pleading makes it difficult to assess
22 which paragraphs support which of the three possible counts.
23     For the foregoing reasons, defendant requests that paragraph
24 three of the January 19, 2012 indictment be stricken as in violation
25 of the applicable statute of limitations.

1    RESPECTFULLY SUBMITTED this 20th day of March, 2012.

*s/Matthew C. Davidson*
Matthew C. Davidson,
Attorney for
Defendant

Copy of the foregoing
served electronically
this 20th day of March,
2012 to;

Jonathan B. Granoff
Assistant United States Attorney

-3-