Law Offices of
MATTHEW C. DAVIDSON, LTD.
1859 N. Grand Ave. Suite 1
Nogales, AZ, 85621
(520) 281-0433
Matthew C. Davidson, SBN 015021
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | NO. CR-12-0174-TUC-CKJ(GEE) |
| Plaintiff, | RESPONSE TO GOVERNMENT MOTION IN LIMINE RE: SUMMARY CHARTS |
| vs. | 404(b) NOTICE |
| DINO SISNEROS, | |
| Defendant. | |

Defendant, by and through counsel undersigned, hereby responds to the Government's motion in limine re: Summary Charts and makes his objections.  This Response is supported by the following Memorandum of Points and Authorities.

*Memorandum of Points and Authorities*

The Government seeks to use Summary Charts **as evidence** against the Defendant.  A proponent of summary evidence must establish that the underlying materials upon which the summary is based (1) are admissible in evidence and (2) were made available to the opposing party for inspection. *Amarel v. Connell*, 102 F.3d 1494, 1516 (9th Cir. 1996). These materials must be admissible, but need not themselves be admitted into evidence.

-1-

*United States v. Meyers*, 847 F.2d 1408, 1412 (9th Cir. 1988). The availability requirement ensures that the opposing party has "an opportunity to verify the reliability and accuracy of the summary prior to trial." *Paddack v. Dave Christensen, Inc.*, 745 F.2d 1254, 1261 (9th Cir. 1984).

   Here, there are several problems.  First, no final summary has been received and evaluated.  Second, the charts run the danger of venturing into other 404B material that is not admissible.  The indictment does not delineate many, if any, of these other overt acts of spending.  Defendant objects on the basis of FRE 404B, FRE 401 and FRE 403.  Prejudicial effect substantially outweighs probative value.  Third, Defendant invokes the best evidence rule.  FRE 1002.  Finally, if these charts are utilized, Defendant objects to the dissemination of any such charts to the jury for their deliberations.

   RESPECTFULLY SUBMITTED this 11th day of September, 2012.

*s/Matthew C. Davidson*
Matthew C. Davidson,
Attorney for
Defendant

Copy of the foregoing
served electronically
this 11th day of September,
2012 to;

Jonathan B. Granoff
Assistant United States Attorney