JOHN S. LEONARDO
United States Attorney
District of Arizona
Cory M. Picton
Assistant United States Attorneys
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona  85701
cory.picton@usdoj.gov
Telephone: (520) 620-7300

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Dino Sisneros,<br><br>　　　　Defendant. | CR 12-174-TUC-CKJ<br><br>**GOVERNMENT'S MOTION REQUESTING NOTICE OF DEFENSES** |

　　　　Plaintiff, United States of America, by and through its attorneys undersigned, pursuant to Federal Rules of Criminal Procedure 12, 12.1, 12.2, and 12.3, hereby requests timely and adequate notice of the defendant's intent to assert the defenses of entrapment, duress, coercion, alibi, insanity or any other mental condition, and public authority.

　　　　1.　　Pursuant to Rule 12 of the Federal Rules of Criminal Procedure, the United States requests the defendant provides notice of intention (if any) to use the defenses of entrapment, duress, coercion or advice of counsel.

　　　　2.　　Pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure, the United States requests the defendant provides notice of intention (if any) to offer the defense of alibi, should he expect to raise it.  The United States specifically requests the name(s) of the location(s), and the hour(s), at which the defendant claims to have been during

the time(s) specified in the Indictment. The United States also requests the name(s) and address(es) of the witness(es) upon whom the defendants intend to rely, to establish an alibi defense.

     3.    Pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure, the United States requests the defendant provides notice of intention (if any) to use an insanity defense or to present expert testimony relating to a mental disease or defect or any other mental condition.

     4.    Pursuant to Rule 12.3 of the Federal Rules of Criminal Procedure, the United States requests the defendant provides notice of intention (if any) to use the defense of actual or believed exercise of public authority on behalf of a law enforcement or federal intelligence agency.

Failure to comply with the notice requirements as specified in the above referenced sections of the Federal Rules of Criminal Procedure will result in the government moving to preclude such defenses in the event that they are brought untimely or if the notice regarding one of the above defenses is predicated upon insufficient information.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the aforementioned, and for such other and further relief as is just and proper.

/ / /

RESPECTFULLY SUBMITTED, this 19th day of September, 2012.

    JOHN S. LEONARDO
    United States Attorney
    District of Arizona

    *s/ Cory Picton*

    CORY PICTON
    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

A copy of the foregoing has been served electronically or by other means this 19th day of September, 2012, to:

Matt Davidson, Esq.