Law Offices of
MATTHEW C. DAVIDSON, LTD.
1859 N. Grand Ave. Suite 1
Nogales, AZ, 85621
(520) 281-0433
Matthew C. Davidson, SBN 015021
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | NO. CR-12-00174-TUC-CKJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO WITHDRAW AS COUNSEL OF RECORD |
| vs. | ) | |
| | ) | |
| DINO SISNEROS, | ) | |
| | ) | |
| Defendant. | ) | |

It is expected that excludable delay under Title 18, USC Sec. (h)(1)(F), will occur as a result of this motion or of an order based thereon.

After conferring with State Bar ethics counsel, Counsel for Defendant moves pursuant to Rules E.R. 1.6 and E.R. 1.7, Arizona Rules of Professional Conduct, to withdraw as counsel of record for Mr. Sisneros for all further proceedings.  Mr. Sisneros has been advised of this motion and he agrees with it.  The Government, per Jon Granoff, has also been advised of this motion.  Mr. Sisneros is indigent and will require court appointed counsel.

RESPECTFULLY SUBMITTED this 27th day of September, 2012.

-1-

                                        *s/Matthew C. Davidson*
                                        Matthew C. Davidson,
                                        Attorney for
                                        Defendant

Copy of the foregoing served electronically this 27th day of September, 2012 to;

Assistant United States Attorney

-2-