Kimminau Law Firm, PC
109 East Mabel Street
Tucson, AZ  85705
(520) 887-7816
State Bar No. 012229

Chris J. Kimminau, Esq.
Attorney for Dino Sisneros

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Nos.: CR 11-0794-TUC-RCC (CRP) |
| ) | CR 12-0174-TUC-CKJ (LAB) |
| Plaintiff, ) | |
| vs. ) | **NOTICE RE: AFFIRMATIVE DEFENSES** |
| ) | |
| DINO SISNEROS, ) | Assigned to Hon. Cindy Jorgenson |
| ) | |
| Defendant. ) | |

Comes now Defendant, DINO SISNEROS, by and through his attorney, undersigned, and pursuant to this Court's request, hereby notifies this Court and the United States that he does not intend to present any affirmative defenses in this action.

RESPECTFULLY submitted this 28th day of March, 2013

/x/ Chris J. Kimminau
_____
Chris J. Kimminau, Attorney for Dino Sisneros

Copy of foregoing electronically filed and mailed
this 28th day of March, 2013 to:

Jonathan B. Granoff
Assistant United States Attorney
405 West Congress Street
Suite 4800
Tucson, AZ  85701-5040

1