1  JOHN S. LEONARDO
United States Attorney
2  District of Arizona
Cory M. Picton
3  Assistant United States Attorney
United States Courthouse
4  405 W. Congress, Suite 4800
Tucson, Arizona  85701
5  Telephone:  (520) 620-7300
Cory.Picton@usdoj.gov
6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF ARIZONA

10  United States of America,          )
                                       )          CR- 12-174-CKJ-GEE
11                  Plaintiff,          )
                                       )
12       v.                            )          **MOTION IN LIMINE TO**
                                       )          **PRECLUDE TESTIMONY OF DE-**
13  Dino Sisneros,                     )          **FENSE WITNESSES**
                                       )
14                  Defendant.         )
                                       )
15  _____)

16       The government, by and through its attorneys, John S. Leonardo, United States

17  Attorney for the District of Arizona, and Cory Picton, Assistant U.S. Attorney, and files this

18  MOTION *IN LIMINE* requesting that this Honorable Court bar the testimony of defense

19  witnesses for the defendant's failure to comply with the terms of the government's disclosure

20  agreements.

21       In nearly every criminal case prosecuted by the United States Attorney's Office in the

22  District of Arizona, the government provides the defendant with early disclosure and requests

23  his or her counsel to sign the disclosure agreement.  This case is no exception.  Defense

24  counsel and his predecessor signed multiple disclosure agreements in this case, all of which

25  spelled out the same terms and conditions. Condition 3 in each disclosure agreement requires

26  defense counsel "to provide the government with a list of all potential defense witnesses,

1  including their current address, telephone number, date of birth, and social security number

2  if they have one, as well as a **detailed summary of their expected testimony** (emphasis

3  added) no later than 14 days before trial." According to Condition 4, '[D]efense counsel

4  agrees that failure to provide the government with the information contained in paragraph

5  3 shall result in the exclusion of such witnesses from testifying at trial."

6       On May 2, 2013, defense counsel provided the government with a list of 32 witnesses,

7  but failed to include a detailed summary of the expected testimony of many of these

8  witnesses.  The government requested that defense counsel supplement this notice with

9  sufficient detail as  required by the disclosure agreement, but with limited exceptions,

10  defense counsel has failed to satisfy Condition 3 of the agreement.  The government

11  contacted several of these witnesses, including Eric McNeilus, Jerry Marbury, and Bruce

12  Huerlin, to inquire into the details provided by defense counsel.  These witnesses deny the

13  claims being represented by defense counsel.  As to these witnesses, this alleged testimony

14  is not relevant and these witnesses lack the personal knowledge required under Federal Rules

15  of Evidence 401 and 602, respectively.  Since it is now less than fourteen days from the June

16  6, 2013, trial in this case, the government requests the Court enforce the agreement and

17  exclude the testimony of the defense witnesses, or in the alternative, order defense counsel

18  to comply with this condition immediately.

19       Respectfully submitted this 24th day of May, 2013.

20

21  JOHN S. LEONARDO
   United States Attorney

22  District of Arizona

23  *s/Cory Picton*

24  Cory Picton
   Assistant U.S. Attorney

25

26

1   A copy of the foregoing has been
served electronically or by other
2   means this 24th day of
May, 2013, to:

3

Chris Kimminau, Attorney for the Defendant

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26