Kimminau Law Firm, PC
109 East Mabel Street
Tucson, AZ  85705
(520) 887-7816
State Bar No. 012229

Chris J. Kimminau, Esq.
Attorney for Dino Sisneros

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) Case Nos.: CR 12-0174-TUC-CKJ (LAB) |
| Plaintiff, ) | ) |
| vs. ) | ) **DEFENDANT'S REQUESTED JURY INSTRUCTIONS** |
| DINO SISNEROS, ) | ) Assigned to Hon. Cindy Jorgenson |
| Defendant. ) | |

Comes now Defendant, DINO SISNEROS, by and through his attorney, undersigned, and pursuant to this Court's order of May 6, 2013 hereby submits his requested jury instructions. In addition to the attached requested instructions, Defendant request the Court instruct the jury in accordance with the Manual of Model Criminal Jury Instructions for the District Courts of the Ninth Circuit, instruction 2.10 & 2.11, should it ultimately determine certain "other acts" evidence offered by the Government are admissible.

RESPECTFULLY submitted this 31st day of May, 2013

/x/ Chris J. Kimminau

_____
Chris J. Kimminau, Attorney for Dino Sisneros

1

GOOD FAITH IS A COMPLETE DEFENSE

    Good faith is a complete defense to the charges in the indictment since good faith on the part of the defendant is inconsistent with knowingly intending to defraud, which is an essential part of the charges. The defendant does not have the burden of proving he acted in good faith. The government must prove beyond a reasonable doubt that the defendant acted with the intent to defraud and did not act in good faith.

    The United States must establish beyond a reasonable doubt that the defendant acted with specific intent to defraud as charged in the indictment. One who expresses an opinion honestly held by him or belief honestly entertained by him is not chargeable with fraudulent intent even though his opinion is erroneous or her belief is mistaken. And similarly, evidence which establishes only that the defendant made a mistake in judgment or an error in management or was careless does not establish fraudulent intent. In determining whether or not the defendant acted with an intent to defraud, you may consider whether or not the defendant had a good-faith belief in the truthfulness of representations made by him or a good-faith belief that his various uses of the money loaned was authorized.

    While the term "good faith" has no precise definition, it means among other things a belief or opinion honestly held with an absence of malice or ill will and an absence of intention of taking unfair advantage of another.

SOURCE:

**US v. Sayakhom**, 186 F.3d 928, 940 (9th Cir. 1999).
**United States v. Weiner**, 578 F.2d 757 (9th Cir. 1978)
**US v. Bush**, 626 F.3d 527, 539 (9th Cir. 2010)
**US v. Shipsey**, 363 F.3d 962, 967 (9th Cir. 2004).

GIVEN:    _____
REFUSED:    _____
MODIFIED:    _____

MERE BREACH OF CONTRACT IS NOT ILLEGAL

The mere breach of a contract, such promissory note, is not illegal.  You must not think the Defendant is guilty simply because there is evidence he did not fully repay the loans he negotiated.

SOURCE:

**U.S. v. Henry**, 527 F.2d 479, 483 (9th Cir. 1975)

GIVEN: _____
REFUSED: _____
MODIFIED: _____