Thomas L. Fink, Esq.
LAW OFFICE OF THOMAS L. FINK
825 N. Grand Avenue, Suite #200
Nogales, Arizona 85621
(520) 281-1338
(520) 287-5201 (FAX)
State Bar No: 012705
Attorney for Michael Quiroz

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>DINO SISNEROS,<br>　　　　Defendant. | CASE NO.: CR-12-174-TUC-CKJ<br><br>MOTION TO QUASH TRIAL SUBPOENA BY WITNESS MICHAEL QUIROZ |

　　　Undersigned counsel, on behalf of Michael Quiroz, moves to quash the trial subpoena served on him to appear at trial in the above-captioned case.

　　　Defendant Sisneros caused a trial subpoena to be served on Michael Quiroz for testimony in the trial in the above-captioned case. Mr. Quiroz is a named defendant in a pending mortgage fraud conspiracy trial set to begin in September, 2013 (CR 11-794-TUC-RCC). Defendant Sisneros is a named co-defendant and co-conspirator in that case.

　　　If called to testify in this matter Mr. Quiroz would invoke his Fifth Amendment right against self-incrimination, due to the pending charges against him, with respect to any questions wherein the answers may tend to incriminate him.

　　　For the forgoing reasons, counsel moves that this subpoena be quashed.

　　　Counsel notes that with respect to any possible hearing to be set on this motion that counsel will be in Chicago, Illinois from Tuesday June 18, 2013 (departing from Tucson 1 p.m.

flight, hence available for a morning hearing on that day) through Friday June 21, 2013 visiting family.

DATED this 12th day of June 2013.

LAW OFFICE OF THOMAS L. FINK

*s/ Thomas L. Fink*
Thomas L. Fink
Attorney for Michael Quiroz

Original of the foregoing mailed/delivered this 12th day of June, 2013 to:

**Clerk of the United States District Court**

Copies of the foregoing mailed/delivered to:

**Honorable Cindy K. Jorgenson**
United States District Court House

**Jon Granoff**
Assistant United States Attorney

**Chris Kimminau**
Attorney for Defendant Sisneros