∗AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

United States of America

V.

Dino Sisneros

\_\_ FILED \_\_ LODGED
\_\_ RECEIVED \_\_ COPY

JUN 2 4 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## EXHIBIT AND WITNESS LIST

Case Number: 12-000174 CKJ

| PRESIDING JUDGE Cindy K. Jorgenson | PLAINTIFF'S ATTORNEY Jonathan Granoff | DEFENDANT'S ATTORNEY Chris J. Kimminau |
|---|---|---|
| TRIAL DATE(S) 6/6/13, 6/7/13, 6/10/13, 6/11/13, 6/12/13, 6/13/13, 6/14/13, 6/17/13, 6/18/13, 6/19/13, 6/20/13, 6/21/13, 6/24/13 | COURT REPORTER Dianne Davenport | COURTROOM DEPUTY Jill Tarlton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 301 | | | | Payoff From Escrow: Rhyolite 10/06/06 |
| | 302 | | | | Checks to Larry Youdelman |
| | 303 | | | | Checks to Hector Rodriguez |
| | 304 | | | | Checks to Chad Ayers or his company |
| | 305 | | | | Appraisal: Vista del Sol 1/30/07 |
| | 306 | | | | Check for Vista del Pueblo HOA fees |
| | 307 | | | | Bruce Heurlin's Notation of phone call 11/27/07 |
| | 308 | | | | Bruce Heurlin Records of 5/28/08 Meeting |
| | 309 | | | | Eric McNelius items from La Cebadilla Litigation |
| | 310 | | | | Eric McNelius notes from 5/28/08 meeting |
| | 311 | 6/19/13 | | 6/19/13 | Home Inspection report on Mamaronick |
| | 312 | | | | Orkin Pest Control quote for service: Mamaronick |
| | 313 | | | | Cheryle Gonzales letter opening escroc on Tucson Valencia project |
| | 314 | | | | Email Wierzbinski to Sisneros on building costs |
| | 315 | | | | Home Away Vacation Rentals documents |
| | 316 | | | | Settlement Statement on Pontotoc home |
| | 317 | | | | Grand Jury Testimony William Todd Wolfe: 5/13/09 |
| | 318 | | | | Check #1274 to Ayers for Diamond Bell Ranch |
| | 319 | | | | Check #1278 to A2Z for Vista del Pueblo |
| | 320 | | | | Confidentiality Agreement: Quiroz |
| | 321 | | | | State of FL Dept. of Community Affairs docs. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of \_\_\_\_\_ Pages

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

**EXHIBIT AND WITNESS LIST**

V.

Case Number: CR 12-00174-TUC-CKJ

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cindy K. Jorgenson | Jonathan Granoff, Cory Picton | Christian Kimminau |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/6/13 - | Dianne Davenport | Jill Tarlton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 3 | 22 | | | | Coyne Promissory Note |
| 3 | 24 | | | | Email re: Florida Project |
| 3 | 25 | | | | Email: Montesanti re: Bank of West account |
| 3 | 26 | | | | "Rat Pack is BAck" |
| 3 | 27 | | | | ~~Tebo Reports, loan and repayment documents~~ |
| 3 | 28 | | | | ~~Chet Novak e-mail re: lis pendens~~ |
| 3 | 29 | | | | Todd Wolfe e-mails |
| 3 | 30 | | | | Hand-written note re: "Pat's account." |
| 3 | 31 | | | | Check to "Roe Truelsen" |
| 3 | 32 | | | | ~~Cascabel Appraisal~~ |
| 3 | 33 | 6/18/13 | | 6/18/13 | Tom Thresher letter of 2/1/08 |
| 3 | 34 | | | | Jerry Marbury Letter of 2/12/07 re: Many Horses |
| 3 | 35 | | | | Abstract created by Chad Ayers |
| 3 | 23 | | | | ~~Bayou Investment:~~ Canyon Bank Check sheet |
| 3 | 36 | | | | 2 pages from Todd Wolfe Confidential informant 9/19/07 |
| 3 | 37 | | | | money chart |
| 3 | 38 | | | | IOU |
| 3 | 39 | 6/13/13 | | 6/13/13 | ~~Comparible Summary~~ |
| 3 | 40 | | | | Emails |
| 3 | 41 | | | | Bank records (0608) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages