FILED ___ LODGED
RECEIVED ___ COPY

JUN 25 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Dino Sisneros,

    Defendant.

CR 12-00174-TUC-CKJ

**VERDICT**

WE, THE JURY, FIND THE DEFENDANT, DINO SISNEROS,

COUNT ONE

__Guilty__
(Guilty/Not Guilty), as charged in Count One of the Indictment charging Wire Fraud on or about 2/13/2007;

$140,000 in interstate commerce relating to the funds provided by Todd Wolff

COUNT TWO

__Guilty__
(Guilty/Not Guilty), as charged in Count Two of the Indictment charging Wire Fraud on or about 3/13/2008;

$100,000 in interstate commerce relating to the funds provided by Diane Rodgers and/or John Rodgers

## COUNT THREE

__Guilty__, as charged in Count Three of the Indictment charging Wire Fraud on or about 3/17/08;
(Guilty/Not Guilty)

$150,000 in interstate commerce relating to the funds provided by Diane Rodgers and/or John Rodgers

## COUNT FOUR

__Guilty__, as charged in Court Four of the Indictment charging Transactional Money Laundering Greater than $10,000;
(Guilty/Not Guilty)

Deposit of check #7749 dated 3/14/08 for $81,985 from the Defendant's Lawyer's Trust Account

## COUNT FIVE

__Guilty__, as charged in Count Five of the Indictment charging Transactional Money Laundering Greater than $10,000;
(Guilty/Not Guilty)

Deposit of check #7750 dated 3/17/08 for $109,000 from the Defendant's Lawyer's Trust Account

__6/25/13__
Date